United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-11071-amc
Terrell C Skeeters  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Sep 30, 2025      Form ID: 155      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terrell C Skeeters, 5903 North Camac Street, Philadelphia, PA 19141-3225 |
| 14991717 | + | Affinity Federal Credit Union, Saldutti Law Group, Rebecca K. McDowell, Esq., 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 14991718 | + | Affinity Federal Credit Union, Saldutti Law Group, Robert L. Saldutti, Esq., 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 14991716 | + | Affinity Federal Credit Union, C/O Robert L. Saldutti, Saldutti Law Group, 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14989036 | + | Email/Text: bankruptcycare@affinityfcu.com | Oct 01 2025 00:33:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 15034688 | | Email/Text: megan.harper@phila.gov | Oct 01 2025 00:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 14989037 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2025 00:40:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14989038 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 01 2025 00:41:03 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15013030 | | Email/Text: mtgbk@shellpointmtg.com | Oct 01 2025 00:33:00 | Gulf Harbour Investments Corporation, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville SC 29603-0826 |
| 14989039 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2025 00:33:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 15010912 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2025 00:41:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14989040 | + | Email/Text: Mercury@ebn.phinsolutions.com | Oct 01 2025 00:33:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 14989041 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 01 2025 00:41:04 | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 14996477 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 01 2025 00:33:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing., C/O Wendy Locke, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 15011486 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2025 00:40:36 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15005923 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 01 2025 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA |

| | | | |
|---|---|---|---|
| 15009811 | Email/Text: bnc-quantum@quantum3group.com | Oct 01 2025 00:34:00 | 17128-0946<br>Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14989042 | Email/Text: mtgbk@shellpointmtg.com | Oct 01 2025 00:33:00 | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15008104 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 01 2025 00:52:56 | U.S. Bank National Association at. el, c/o MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14994532 | ^ MEBN | Oct 01 2025 00:24:49 | U.S. Bank National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2025           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Terrell C Skeeters dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates Series 2007-6. bkgroup@kmllawgroup.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates Series 2007-6. ekishbaugh@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates Series 2007-6. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| REBECCA K. MCDOWELL | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com pwirth@slgcollect.com;anovoa@slgcollect.com |
| ROBERT L. SALDUTTI | on behalf of Creditor Affinity Federal Credit Union rsaldutti@salduticollect.com lmarciano@salduticollect.com;pwirth@salduticollect.com;anovoa@slgcollect.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 30, 2025 | Form ID: 155 | Total Noticed: 20 |

United States Trustee  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Terrell C Skeeters<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25−11071−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 30, 2025

                                                                       For The Court

                                                                       Ashely M. Chan
                                                                       Chief Judge, United States Bankruptcy Court